# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF L.W.

NO. 2021 KW 0932

**AUGUST 9, 2021**

---

In Re:   L.W., applying for supervisory writs, East St. Tammany
City Court, Parish of St. Tammany, No. 20-JC-2755.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**STAY DENIED.   WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT